# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. Lonnie Williams

                V.                    **JUDGMENT IN A CIVIL CASE**

**Rosalyn M. Chapman**,*U.S. Magistrate Judge;*

**Marsha Eugene-Dominque**;*Deputy Clerk of the Court*

**CASE NUMBER:**    12cv0114-BTM(MDD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is Dismissed without prejudice for failure to pay the $350 civil filing fee required by 28 U.S.C. § 1914(a). The Court certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed IFP on appeal only if appeal would not be frivolous).

| April 23, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E. Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON April 23, 2012 |